No. 72–5939.  JIMERSON ET AL. *v.* NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES ET AL.  Appeal from D. C. W. D. N. Y.  Motion for leave to proceed *in forma pauperis* granted.  Judgment vacated and case remanded for further consideration in light of *New York Dept. of Social Services* v. *Dublino, ante,* p. 405.  MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.